IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD J. BOYD, | ) | |
| | ) | |
| Plaintiffs, | ) | 8:05CV386 |
| | ) | |
| v. | ) | |
| | ) | |
| CONAGRA FOODS INC.; BRUCE ROHDE; | ) | ORDER |
| MOGENS C. BAY; STEPHEN G. BUTLER; | ) | |
| ALICE B. HAYES; W.G. JURGENSEN; | ) | |
| CARL E. REICHARDT; HOWARD G. | ) | |
| BUFFETT; JOHN T. CHAIN, JR., | ) | |
| STEVEN F. GOLDSTONE; MARK H. | ) | |
| RANENHORST; RONALD W. ROSKENS; | ) | |
| KENNETH STINSON; DAVID H. | ) | |
| BATCHELDER; ROBERT KRANE; CONAGRA | ) | |
| FOODS EMPLOYEES BENEFITS | ) | |
| COMMITTEE; JOHN DOES 1-20, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the stipulation and joint motion of the parties that this action should be consolidated with *Rantala v. ConAgra Foods, Inc., et al.,* 8:05CV349, and *Bright v. ConAgra Foods, Inc., et al.,* 8:05CV348, which actions have previously been consolidated. Accordingly,

IT IS ORDERED:

1) The joint motion is granted. This action is consolidated with *Rantala v. ConAgra Foods, Inc., et al.,* 8:05CV349, and *Bright v. ConAgra Foods, Inc., et al.,* 8:05CV348.

2) Plaintiffs shall file and serve a consolidated amended complaint on or before October 21, 2005.

      3) Defendants need not file an answer or other response to the original complaints and shall have until December 5, 2005, to respond to the amended complaint.

      4) If defendants file a motion under Fed. R. Civ. P. 12, plaintiffs shall have until January 19, 2006, to file an opposition thereto.

      5) Defendants shall have until February 20, 2006, to file and serve a reply to plaintiffs' opposition.

      DATED this 17th day of October, 2005.

                            BY THE COURT:

                            /s/ Lyle E. Strom
                          _____
                            LYLE E. STROM, Senior Judge
                            United States District Court