IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DENISE A. BRIGHT, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>CONAGRA FOODS INC.; BRUCE ROHDE; MOGENS C. BAY; STEPHEN G. BUTLER; ALICE B. HAYES; W.G. JURGENSEN; CARL E. REICHARDT; HOWARD G. BUFFETT; JOHN T. CHAIN, JR., STEVEN F. GOLDSTONE; MARK H. RANENHORST; RONALD W. ROSKENS; KENNETH STINSON; DAVID H. BATCHELDER; ROBERT KRANE; CONAGRA FOODS EMPLOYEES BENEFITS COMMITTEE; JOHN DOES 1-20,<br><br>                    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 8:05CV348 |
| MICHAEL A. RANTALA, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>CONAGRA FOODS INC.; BRUCE ROHDE; MOGENS C. BAY; STEPHEN G. BUTLER; ALICE B. HAYES; W.G. JURGENSEN; CARL E. REICHARDT; HOWARD G. BUFFETT; JOHN T. CHAIN, JR., STEVEN F. GOLDSTONE; MARK H. RANENHORST; RONALD W. ROSKENS; KENNETH STINSON; DAVID H. BATCHELDER; ROBERT KRANE; CONAGRA FOODS EMPLOYEES BENEFITS COMMITTEE; JOHN DOES 1-20,<br><br>                    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 8:05CV349 |

```
RICHARD J. BOYD,                        )
                                        )
            Plaintiffs,                 )       8:05CV386
                                        )
      v.                                )
                                        )
CONAGRA FOODS INC.; BRUCE ROHDE;        )       ORDER
MOGENS C. BAY; STEPHEN G. BUTLER;       )
ALICE B. HAYES; W.G. JURGENSEN;         )
CARL E. REICHARDT; HOWARD G.            )
BUFFETT; JOHN T. CHAIN, JR.,            )
STEVEN F. GOLDSTONE; MARK H.            )
RANENHORST; RONALD W. ROSKENS;          )
KENNETH STINSON; DAVID H.               )
BATCHELDER; ROBERT KRANE; CONAGRA       )
FOODS EMPLOYEES BENEFITS                )
COMMITTEE; JOHN DOES 1-20,              )
                                        )
            Defendants.                 )
_____)
```

This matter is before the Court on the joint motion for extension of briefing dates (Filing No. 43 in 8:05CV348; Filing No. 41 in 8:05CV349; Filing No. 32 in 8:05CV386). Accordingly,

IT IS ORDERED that said motion is granted; plaintiffs shall have until March 2, 2006, to file a responsive brief in opposition to defendants' motion to dismiss the amended consolidated complaint. Defendants shall have until April 17, 2006, to reply.

DATED this 22nd day of February, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
  LYLE E. STROM, Senior Judge
  United States District Court