IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DENISE A. BRIGHT, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>CONAGRA FOODS INC.; BRUCE ROHDE; MOGENS C. BAY; STEPHEN G. BUTLER; ALICE B. HAYES; W.G. JURGENSEN; CARL E. REICHARDT; HOWARD G. BUFFETT; JOHN T. CHAIN, JR., STEVEN F. GOLDSTONE; MARK H. RANENHORST; RONALD W. ROSKENS; KENNETH STINSON; DAVID H. BATCHELDER; ROBERT KRANE; CONAGRA FOODS EMPLOYEES BENEFITS COMMITTEE; JOHN DOES 1-20,<br><br>          Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 8:05CV348 |
| MICHAEL A. RANTALA, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>CONAGRA FOODS INC.; BRUCE ROHDE; MOGENS C. BAY; STEPHEN G. BUTLER; ALICE B. HAYES; W.G. JURGENSEN; CARL E. REICHARDT; HOWARD G. BUFFETT; JOHN T. CHAIN, JR., STEVEN F. GOLDSTONE; MARK H. RANENHORST; RONALD W. ROSKENS; KENNETH STINSON; DAVID H. BATCHELDER; ROBERT KRANE; CONAGRA FOODS EMPLOYEES BENEFITS COMMITTEE; JOHN DOES 1-20,<br><br>          Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 8:05CV349 |

```
RICHARD J. BOYD,                    )
                                    )
            Plaintiffs,             )       8:05CV386
                                    )
       v.                           )
                                    )
CONAGRA FOODS INC.; BRUCE ROHDE;    )       ORDER
MOGENS C. BAY; STEPHEN G. BUTLER;   )
ALICE B. HAYES; W.G. JURGENSEN;     )
CARL E. REICHARDT; HOWARD G.        )
BUFFETT; JOHN T. CHAIN, JR.,        )
STEVEN F. GOLDSTONE; MARK H.        )
RANENHORST; RONALD W. ROSKENS;      )
KENNETH STINSON; DAVID H.           )
BATCHELDER; ROBERT KRANE; CONAGRA   )
FOODS EMPLOYEES BENEFITS            )
COMMITTEE; JOHN DOES 1-20,          )
                                    )
            Defendants.             )
_____)
```

This matter is before the Court on the stipulation of the parties (Filing No. 66 in 8:05CV348; Filing No. 62 in 8:05CV349; Filing No. 57 in 8:05CV386) to extend deadline for responding to request for production of documents. The Court finds said stipulation should be adopted. Accordingly,

IT IS ORDERED the stipulation of the parties is adopted; defendants shall have until November 24, 2006, to serve written responses and/or objections to the document requests of plaintiffs.

DATED this 13th day of November, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court