IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DENISE A. BRIGHT, individually and on behalf of all others similarly situated, | )<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | 8:05CV348 |
| v. | )<br>) | |
| CONAGRA FOODS INC.; BRUCE ROHDE; MOGENS C. BAY; STEPHEN G. BUTLER; ALICE B. HAYES; W.G. JURGENSEN; CARL E. REICHARDT; HOWARD G. BUFFETT; JOHN T. CHAIN, JR., STEVEN F. GOLDSTONE; MARK H. RANENHORST; RONALD W. ROSKENS; KENNETH STINSON; DAVID H. BATCHELDER; ROBERT KRANE; CONAGRA FOODS EMPLOYEES BENEFITS COMMITTEE; JOHN DOES 1-20, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |
| MICHAEL A. RANTALA, individually and on behalf of all others similarly situated, | )<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | 8:05CV349 |
| v. | )<br>) | |
| CONAGRA FOODS INC.; BRUCE ROHDE; MOGENS C. BAY; STEPHEN G. BUTLER; ALICE B. HAYES; W.G. JURGENSEN; CARL E. REICHARDT; HOWARD G. BUFFETT; JOHN T. CHAIN, JR., STEVEN F. GOLDSTONE; MARK H. RANENHORST; RONALD W. ROSKENS; KENNETH STINSON; DAVID H. BATCHELDER; ROBERT KRANE; CONAGRA FOODS EMPLOYEES BENEFITS COMMITTEE; JOHN DOES 1-20, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

```
RICHARD J. BOYD,                    )
                                    )
              Plaintiffs,           )      8:05CV386
                                    )
     v.                             )
                                    )
CONAGRA FOODS INC.; BRUCE ROHDE;    )      ORDER
MOGENS C. BAY; STEPHEN G. BUTLER;   )
ALICE B. HAYES; W.G. JURGENSEN;     )
CARL E. REICHARDT; HOWARD G.        )
BUFFETT; JOHN T. CHAIN, JR.,        )
STEVEN F. GOLDSTONE; MARK H.        )
RANENHORST; RONALD W. ROSKENS;      )
KENNETH STINSON; DAVID H.           )
BATCHELDER; ROBERT KRANE; CONAGRA   )
FOODS EMPLOYEES BENEFITS            )
COMMITTEE; JOHN DOES 1-20,          )
                                    )
              Defendants.           )
_____)
```

This matter is before the Court on the joint motion to extend stay for two weeks (Filing No. 74 in 8:05CV348; Filing No. 70 in 8:05CV349; Filing No. 65 in 8:05CV386). Accordingly,

IT IS ORDERED that the motion is granted; the stay is extended to April 23, 2007. The parties shall report to the Court on or before that date. If these cases do not settle, defendants shall serve objections and/or responses to the outstanding requests for production no later than April 25, 2007.

DATED this 10th day of April, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court