IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DENISE A. BRIGHT, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>     v.<br><br>CONAGRA FOODS INC.; BRUCE ROHDE; MOGENS C. BAY; STEPHEN G. BUTLER; ALICE B. HAYES; W.G. JURGENSEN; CARL E. REICHARDT; HOWARD G. BUFFETT; JOHN T. CHAIN, JR., STEVEN F. GOLDSTONE; MARK H. RANENHORST; RONALD W. ROSKENS; KENNETH STINSON; DAVID H. BATCHELDER; ROBERT KRANE; CONAGRA FOODS EMPLOYEES BENEFITS COMMITTEE; JOHN DOES 1-20,<br><br>                Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 8:05CV348 |
| MICHAEL A. RANTALA, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>     v.<br><br>CONAGRA FOODS INC.; BRUCE ROHDE; MOGENS C. BAY; STEPHEN G. BUTLER; ALICE B. HAYES; W.G. JURGENSEN; CARL E. REICHARDT; HOWARD G. BUFFETT; JOHN T. CHAIN, JR., STEVEN F. GOLDSTONE; MARK H. RANENHORST; RONALD W. ROSKENS; KENNETH STINSON; DAVID H. BATCHELDER; ROBERT KRANE; CONAGRA FOODS EMPLOYEES BENEFITS COMMITTEE; JOHN DOES 1-20,<br><br>                Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 8:05CV349 |

```
RICHARD J. BOYD,                      )
                                      )
              Plaintiffs,             )      8:05CV386
                                      )
      v.                              )
                                      )
CONAGRA FOODS INC.; BRUCE ROHDE;      )      ORDER
MOGENS C. BAY; STEPHEN G. BUTLER;     )
ALICE B. HAYES; W.G. JURGENSEN;       )
CARL E. REICHARDT; HOWARD G.          )
BUFFETT; JOHN T. CHAIN, JR.,          )
STEVEN F. GOLDSTONE; MARK H.          )
RANENHORST; RONALD W. ROSKENS;        )
KENNETH STINSON; DAVID H.             )
BATCHELDER; ROBERT KRANE; CONAGRA     )
FOODS EMPLOYEES BENEFITS              )
COMMITTEE; JOHN DOES 1-20,            )
                                      )
              Defendants.             )
_____)
```

This matter is before the Court on the joint motion to extend stay for one week (Filing No. 78 in 8:05CV348; Filing No. 74 in 8:05CV349; Filing No. 69 in 8:05CV386). Accordingly,

IT IS ORDERED that the motion is granted; the stay is extended to May 21, 2007. The parties shall report to the Court on or before that date. If these cases do not settle, defendants shall serve objections and/or responses to the outstanding requests for production no later than May 23, 2007.

DATED this 16th day of May, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
     LYLE E. STROM, Senior Judge
     United States District Court